Case 2:25-cv-00107   Document 10   Filed 06/30/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00107 |
| | § | |
| POGI BEAUTY LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice (D.E. 9), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on June 30, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE